IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:99CR224 |
| v. | ) | |
| DENNIS W. TYNDALL, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on defendant's motion for copies (Filing No. 113), motion for trial transcripts (Filing No. 114), and motion for leave to appeal In Forma Pauperis (Filing No. 115). In his motions defendant requests copies of his legal file and trial transcript to use in his appeal to the Eighth Circuit. From the record it appears, however, that the Eighth Circuit denied defendant's application for a certificate of appealability (Filing No. 112). Therefore, defendant's motions are denied as moot.

IT IS ORDERED:

1. That defendant's motion for copies (Filing No. 113) is denied as moot.

2. That defendant's Motion for trial transcript (Filing No. 114) is denied as moot.

3. That defendant's motion for leave to proceed in forma pauperis (Filing No. 115) is denied as moot.

DATED this 13th day of April, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge